ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTH EASTERN DIVISION

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Civil No. 01-1608 MJD/JGL

Plaintiffs,

vs.

**T-N-T Cabling, Inc.**

Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: October 8 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By ________________________
Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

71862

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: Oct. 29, 2001

Michael J. Davis
Judge of District Court

71862